# Exhibit 2

Non-Method Claim: 1

<table>
<tr><th>US9001581</th><th>Asrock 1U12E3S-TURIN/EVAC (“The accused product”)</th></tr>
<tr><td>1. A semiconductor memory device comprising:</td><td>
The accused product discloses a semiconductor memory device (e.g., SSD of the accused product).

As shown below, the accused product includes an SSD (semiconductor memory) based on Micron 3D NAND Flash chips.




https://www.asrockrack.com/general/productdetail.asp?Model=1U12E3S-TURIN/EVAC#HDD
</td></tr>
</table>

Specifications Memory QVL HDD QVL

**HDD QVL**

semiconductor memory device

| Type | Size | Vendor | Capacity | Model |
|---|---|---|---|---|
| E3.S | 7.5mm | KIOXIA | 7.68TB | CD8P-R SERIES-KCD8XPJE7T68 |
| E3.S | 7.5mm | Micron | 15.36TB | 7600 PRO-MTFDLBQ15T3THG-1BP1JABYY |
| E3.S | 7.5mm | SANDISK | 7.68TB | SN861-SDS6BA176PBPAX7 |
| E3.S | 7.5mm | TRUSTA | 7.68TB | T7P5-007T6T5E3S01D040 |

https://www.asrockrack.com/general/productdetail.asp?Model=1U12E3S-TURIN/EVAC#HDD

# What is a solid-state drive?

A solid-state drive (SSD) is a semiconductor-based storage device, which typically uses NAND flash memory to save persistent data. Solid-state technology is transforming the storage with high speed flash memory.

https://www.ibm.com/think/topics/solid-state-drives

| | |
|---|---|
| | **Deploy with confidence: Micron innovation and leading Micron G9 NAND**<br>The Micron 7600 SSD is the world's first mainstream, data center SSD to use Micron G9 NAND.[3] Its vertically integrated architecture, including Micron DRAM, NAND, controller, and firmware, helps simplify qualification across multiple SSDs.<br><br><br>**Micron 7600 SSD (E3.S, E1.S, U.2)**<br>**Leading-edge Micron technology and security**<br>The Micron 7600 is the world's first mainstream data center SSD to use Micron G9 NAND, with an industry-leading NAND transfer speed of 3.6 GB/s.<br>The Micron 7600 SSD incorporates leading security features like hardware root of trust, securely signed firmware, and SPDM 1.2 (attestation) for identity authentication & firmware verification.<br>It offers options for FIPS 140-3 Level 2 and TAA compliance. Self-encrypting drive (SED) option helps keep your data safe by adding AES-256 encryption for hardware-based data encryption, with no loss of SSD performance.[6]<br>micron.com/7600<br>https://www.micron.com/content/dam/micron/global/public/products/storage/ssds/data-center/7600/7600-nvme-ssd-product-brief.pdf<br><br>**The world's fastest TLC NAND[1]**<br>High-performance storage for your PC and mobile devices, automobiles, data centers and the AI-enabled cloud. Contact **Sales Support team** and discover how Micron can power your market.<br>**First to ship 9th-generation (G9) 3D NAND in an SSD[2]**<br>Micron consistently leads the industry, being the first to deliver advanced 3D NAND technology in SSDs. This excellence brings the latest storage innovations to our customers, enhancing everything from data centers to edge devices. With Micron G9 NAND, we're raising the bar again and setting a new standard for NAND technology with the industry's first 9th-generation 3D NAND to ship in an SSD.[2]<br>**Leading-edge technology delivers unrivaled performance**<br>Micron G9 NAND delivers the industry's fastest NAND I/O transfer rate, 3.6 gigabytes per second (GB/s), to meet the low-latency and high-throughput needs of data-centric workloads — everything from AI training and machine learning to unstructured databases, self-driving cars and cloud computing. Its performance provides up to a 50% faster data transfer rate than the fastest interface enabled on current NAND shipping in an SSD.[1]<br>**3D TLC NAND – an advanced building block for cutting-edge storage**<br>Micron's leading G9 NAND technology delivers critical power and performance benefits. It provides a new foundation for storage innovations and helps drive transformation across industries. With an 11.5mm x 13.5mm 3D TLC NAND package size, it has up to 28% smaller board area than competitors for a wide array of design options.[1]<br>https://www.micron.com/products/storage/nand-flash/g9-nand |
| a plurality of semiconductor memory cells; | The accused product discloses a plurality of semiconductor memory cells (e.g., TLC memory cells). |

As shown below, the SSD of the accused product is based on Micron 3D NAND Flash chips which use TLC semiconductor memory cells. Each TLC cell stores three bits of data, and the SSD of the accused product contains a large number of such TLC cells, which together provide the total storage capacity of 15.36TB.

Specifications Memory QVL HDD QVL

**HDD QVL**

| Type | Size | Vendor | Capacity | Model |
|---|---|---|---|---|
| E3.S | 7.5mm | KIOXIA | 7.68TB | CD8P-R SERIES-KCD8XPJE7T68 |
| E3.S | 7.5mm | Micron | 15.36TB | 7600 PRO-MTFDLBQ15T3THG-1BP1JABYY |
| E3.S | 7.5mm | SANDISK | 7.68TB | SN861-SDS6BA176PBPAX7 |
| E3.S | 7.5mm | TRUSTA | 7.68TB | T7P5-007T6T5E3S01D040 |

https://www.asrockrack.com/general/productdetail.asp?Model=1U12E3S-TURIN/EVAC#HDD

## Leading-edge Micron technology and G9 NAND

The Micron 7600 SSD is the world's first mainstream, data center SSD to use ninth-generation TLC NAND, whose six-plane architecture delivers up to 3.6 GB/s transfer rate. Coupled with a PCIe Gen5 interface, this SSD enables top-tier results for mainstream workloads.[6] This SSD provides broad support for OCP 2.5 and leading security features.[9]

| Micron innovation | Benefit |
|---|---|
| Broad OCP 2.5 standard support | OCP 2.5 supported in standard firmware; configurable (25W down to 10W); 3 months data retention @ 40 °C data retention (power off at EOL). |
| Industry-leading G9 TLC NAND | Industry-leading six-plane NAND architecture provides higher degrees of parallelism to help improve performance, supporting more simultaneous read/write commands issued to the NAND. I/O rates up to 3.6 GB/s, the fastest NAND now shipping in a data center SSD. |
| Security features built in | SPDM 1.2 device security, self-encrypting drive (SED) options; Micron Secure Execution Environment (the Micron SEE is a dedicated security processing unit electrically isolated from the other [open] microprocessor(s) inside the SSD controller); FIPS 140-3 Level 2, and TAA compliant options available. |

https://www.micron.com/content/dam/micron/global/public/products/storage/ssds/data-center/7600/7600-nvme-ssd-product-brief.pdf

| | |
|---|---|
| | 7600 NVMeTM SSD<br>**MTFDLBQ15T3THG-1BP1DFCYY part detail**<br>WHERE TO BUY<br>**Specifications**<br>Capacity **15360GB** · Interface **16 Gb/s** · Part Status Code **Production** · Module Box Qty **30** · Package Type **GREEN** · Module Version **E3.S**<br>Product Name **7600** · Technology **TLC** — semiconductor memory cell<br>https://www.micron.com/products/storage/ssd/data-center-ssd/7600-ssd/part-catalog/part-detail/mtfdlbq15t3thg-1bp1dfcyy |

| | |
|---|---|
| | <br><br>SEM cross-section of 3D-NAND stack (Source: Intel/Micron/IEDM)<br>https://chipworksrealchips.blogspot.com/2016/01/intelmicron-detail-their-3d-nand-at-iedm.html |

| | |
|---|---|
| | <br>**Figure 2.** 3D NAND array architecture [35]. (**a**) Schematics of 3 × 3 NAND strings and (**b**) bird's eye view of 3 × 5 NAND strings. Only 4 word lines (WLs) in a string are shown for visibility. The actual 3D NAND has more than 128 WLs in a string.<br>https://www.mdpi.com/2079-9292/10/24/3156<br>**Understanding Multilayer SSDs: SLC, MLC, TLC, QLC, and PLC**<br>Multilayer solid-state drives use different numbers of cells to store data. Here's what you need to know about the different types.<br>**TLC: Triple-Level Cell SSDs**<br>Triple-level cell SSDs can hold three bits per NAND cell, and have eight different voltage states. This increases storage capacity while reducing the cost of an SSD. It also provides faster performance. But the endurance takes a hit, with an expected lifespan of just 3,000 P/E cycles for TLC SSDs. TLC NAND chips are used in many digital consumer products.<br>https://www.enterprisestorageforum.com/hardware/understanding-multilayer-ssds/ |

<table>
<tr><td></td><td></td></tr>
<tr><td>at least one contact configured to electrically connect said memory cells to at least one control line, wherein the number of said contacts is less than the number of said memory cells; and</td><td>The accused product discloses at least one contact (e.g., bit line contact) configured to electrically connect said memory cells (e.g., TLC memory cells) to at least one control line (e.g., bit line), wherein the number of said contacts (e.g., bit line contacts) is less than the number of said memory cells (e.g., TLC memory cells).<br><br>As shown below, the SSD of the accused product is based on Micron 3D NAND Flash chips that use a single bit line contact to connect a string of TLC cells to the bit line (control line). A string of TLC cells includes a large number of TLC cells and all said cells share the bit line contact extending from the string towards the bit line, such that the single bit line contact connects multiple TLC memory cells and the number of bit line contacts is less than the number of TLC memory cells.<br><br>
<br>Specifications Memory QVL HDD QVL<br><br>HDD QVL<br><br>
<table>
<tr><th>Type</th><th>Size</th><th>Vendor</th><th>Capacity</th><th>Model</th></tr>
<tr><td>E3.S</td><td>7.5mm</td><td>KIOXIA</td><td>7.68TB</td><td>CD8P-R SERIES-KCD8XPJE7T68</td></tr>
<tr><td>E3.S</td><td>7.5mm</td><td>Micron</td><td>15.36TB</td><td>7600 PRO-MTFDLBQ15T3THG-1BP1JABYY</td></tr>
<tr><td>E3.S</td><td>7.5mm</td><td>SANDISK</td><td>7.68TB</td><td>SN861-SDS6BA176PBPAX7</td></tr>
<tr><td>E3.S</td><td>7.5mm</td><td>TRUSTA</td><td>7.68TB</td><td>T7P5-007T6T5E3S01D040</td></tr>
</table>
https://www.asrockrack.com/general/productdetail.asp?Model=1U12E3S-TURIN/EVAC#HDD</td></tr>
</table>

## Leading-edge Micron technology and G9 NAND

The Micron 7600 SSD is the world's first mainstream, data center SSD to use ninth-generation TLC NAND, whose six-plane architecture delivers up to 3.6 GB/s transfer rate. Coupled with a PCIe Gen5 interface, this SSD enables top-tier results for mainstream workloads.[6] This SSD provides broad support for OCP 2.5 and leading security features.[9]

| Micron innovation | Benefit |
|---|---|
| Broad OCP 2.5 standard support | OCP 2.5 supported in standard firmware; configurable (25W down to 10W); 3 months data retention @ 40 °C data retention (power off at EOL). |
| Industry-leading G9 TLC NAND | Industry-leading six-plane NAND architecture provides higher degrees of parallelism to help improve performance, supporting more simultaneous read/write commands issued to the NAND. I/O rates up to 3.6 GB/s, the fastest NAND now shipping in a data center SSD. |
| Security features built in | SPDM 1.2 device security, self-encrypting drive (SED) options; Micron Secure Execution Environment (the Micron SEE is a dedicated security processing unit electrically isolated from the other [open] microprocessor(s) inside the SSD controller); FIPS 140-3 Level 2, and TAA compliant options available. |

https://www.micron.com/content/dam/micron/global/public/products/storage/ssds/data-center/7600/7600-nvme-ssd-product-brief.pdf

7600 NVMeTM SSD

## MTFDLBQ15T3THG-1BP1DFCYY part detail

WHERE TO BUY

### Specifications

| Capacity | Interface | Part Status Code | Module Box Qty | Package Type | Module Version |
|---|---|---|---|---|---|
| 15360GB | 16 Gb/s | Production | 30 | GREEN | E3.S |

| Product Name | Technology |
|---|---|
| 7600 | TLC |

memory cell

https://www.micron.com/products/storage/ssd/data-center-ssd/7600-ssd/part-catalog/part-detail/mtfdlbq15t3thg-1bp1dfcyy

| | |
|---|---|
| | <br>SEM cross-section of 3D-NAND stack (Source: Intel/Micron/IEDM)<br>https://chipworksrealchips.blogspot.com/2016/01/intelmicron-detail-their-3d-nand-at-iedm.html |

| | |
|---|---|
| | <br><br>**Figure 2.** 3D NAND array architecture [35]. (**a**) Schematics of 3 × 3 NAND strings and (**b**) bird's e ye view of 3 × 5 NAND strings. Only 4 word lines (WLs) in a string are shown for visibility. The actu al 3D NAND has more than 128 WLs in a string.<br>https://www.mdpi.com/2079-9292/10/24/3156 |
| said memory device being configured to perform at least one of: injecting charge into or extracting charge out of a portion of at least one of said memory cells to maintain a state of said at least one memory cell. | The accused product discloses a memory device (e.g., SSD of the accused product), said memory device (e.g., SSD of the accused product) being configured to perform at least one of: injecting charge (e.g., electrons) into or extracting charge out of a portion (e.g., charge trap layer) of at least one of said memory cells (e.g., TLC memory cells) to maintain a state of said at least one memory cell (e.g., TLC memory cell).<br><br>As shown below, the SSD of the accused product is based on Micron 3D NAND Flash chips and uses a charge trap layer to program a TLC memory cell. Electrons are injected into the charge trap layer, which is a portion of the TLC memory cell, to program and maintain the state of the memory cell by holding the programmed bits. |

| | |
|---|---|
| | Specifications Memory QVL HDD QVL |

## HDD QVL

| Type | Size | Vendor | Capacity | Model |
|---|---|---|---|---|
| E3.S | 7.5mm | KIOXIA | 7.68TB | CD8P-R SERIES-KCD8XPJE7T68 |
| E3.S | 7.5mm | Micron | 15.36TB | 7600 PRO-MTFDLBQ15T3THG-1BP1JABYY |
| E3.S | 7.5mm | SANDISK | 7.68TB | SN861-SDS6BA176PBPAX7 |
| E3.S | 7.5mm | TRUSTA | 7.68TB | T7P5-007T6T5E3S01D040 |

https://www.asrockrack.com/general/productdetail.asp?Model=1U12E3S-TURIN/EVAC#HDD

## Leading-edge Micron technology and G9 NAND

The Micron 7600 SSD is the world's first mainstream, data center SSD to use ninth-generation TLC NAND, whose six-plane architecture delivers up to 3.6 GB/s transfer rate. Coupled with a PCIe Gen5 interface, this SSD enables top-tier results for mainstream workloads.[6] This SSD provides broad support for OCP 2.5 and leading security features.[9]

| Micron innovation | Benefit |
|---|---|
| Broad OCP 2.5 standard support | OCP 2.5 supported in standard firmware; configurable (25W down to 10W); 3 months data retention @ 40 °C data retention (power off at EOL). |
| Industry-leading G9 TLC NAND | Industry-leading six-plane NAND architecture provides higher degrees of parallelism to help improve performance, supporting more simultaneous read/write commands issued to the NAND. I/O rates up to 3.6 GB/s, the fastest NAND now shipping in a data center SSD. |
| Security features built in | SPDM 1.2 device security, self-encrypting drive (SED) options; Micron Secure Execution Environment (the Micron SEE is a dedicated security processing unit electrically isolated from the other [open] microprocessor(s) inside the SSD controller); FIPS 140-3 Level 2, and TAA compliant options available. |

https://www.micron.com/content/dam/micron/global/public/products/storage/ssds/data-center/7600/7600-nvme-ssd-product-brief.pdf




https://www.micron.com/products/storage/ssd/data-center-ssd/7600-ssd/part-catalog/part-detail/mtfdlbq15t3thg-1bp1dfcyy




https://www.mdpi.com/2079-9292/10/24/3156

| | |
|---|---|
| | **Micron 3D RG NAND Technology**<br><br>**RG Design Innovation**<br><br>Micron's 3D RG NAND flash storage creates a cell-to-cell approach that is closer to an interaction-free structure by using replacement-gate technology. The RG innovation is a nonconductive layer of silicon nitride (SiN) acting as a NAND storage cell to trap electrical charges. In 3D RG NAND, this layer surrounds the inside of the control gate of the cell, functioning as an insulator that stores charges. Figure 1 shows how this design significantly decreases the cell-to-cell capacitive coupling issues in traditional NAND that limit performance.<br><br>https://assets.micron.com/adobe/assets/urn:aaid:aem:3c193535-1112-4b90-a5d8-3545ed0b021b/renditions/original/as/micron-rg-3d-nand-whitepaper.pdf |